John Fremont STEEL, IV, Plaintiff—Appellant,

v.

CITY OF SAN DIEGO; et al., Defendants—Appellees.

John Fremont Steel, IV, Plaintiff—Appellant,

v.

City of San Diego; et al., Defendants—Appellees.

Nos. 10–56079, 10–56193.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 11, 2012.

Filed Jan. 18, 2012.

Richard Scott Desaulles, Esquire, Law Offices of Richard S. Desaulles, Monterey, CA, for Plaintiff–Appellant.

Brian D. Murphy, Esquire, San Diego City Attorney's Office, San Diego, CA, Lee H. Roistacher, Mitchell David Dean, Esquire, Samuel Clayton Gazzo, Esquire, Robert R. Heft, Esquire, Daley & Heft LLP, Solana Beach, CA, Philip Henri Dyson, Esquire, Senior Trial, Law Offices of Philip H. Dyson, La Mesa, CA, Richard E. Morton, Haight, Brown and Bonesteel, L.L.P., Santa Ana, CA, for Defendants–Appellees.

Before: KOZINSKI, Chief Judge, REINHARDT and W. FLETCHER, Circuit Judges.

MEMORANDUM *

Under Fed.R.Civ.P. 54(b), a district court "may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Because the district court did not make such a determination in the judgment before us, that judgment is not final. *See Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir.1981). We therefore dismiss these appeals for lack of jurisdiction under 28 U.S.C. § 1291.

**DISMISSED.**

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.